# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN W. MANN,<br><br>　　　　Defendant. | Case No. 2:17-cv-01262-APG-NJK<br><br>**ORDER DENYING EMERGENCY PETITION FOR WRIT OF MANDAMUS OR PROHIBITION**<br><br>(ECF No. 11) |

Defendant John W. Mann filed an emergency petition for writ of mandamus or prohibition. ECF No. 11. However, I previously remanded this case to state court. ECF No. 10. I therefore no longer have jurisdiction in this action.

IT IS THEREFORE ORDERED that defendant John W. Mann's emergency petition for writ of mandamus or prohibition **(ECF No. 11) is DENIED due to lack of jurisdiction**.

DATED this 12th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE